# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH FREDERICK, et al., | |
| Plaintiff (s), | Case No. 2:15-CV-02201-KJD-NJK |
| v. | **ORDER** |
| METROPOLITAN POLICE, et al., | |
| Defendant(s). | |

Presently before the Court for consideration is the Report and Recommendation (#4) of Magistrate Judge Nancy J. Koppe entered on April 15, 2016 recommending that Plaintiffs' case be dismissed without prejudice. No objection was filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#4) of the Magistrate Judge entered April 15, 2016, should be **ADOPTED** and **AFFIRMED**.

On November 25, 2015, the Magistrate denied without prejudice Plaintiffs' application to proceed *in forma pauperis* and ordered Plaintiffs to either pay the filing fee or file a completed application to proceed *in forma pauperis*. (#2). When Plaintiffs failed to comply, the Magistrate ordered them to show cause why their case should not be dismissed and warned Plaintiffs that "**[f]ailure to comply with this Order will result in a recommendation to the District**

**Judge that this case be dismissed**." Id. (emphasis in original). To date, Plaintiffs have failed to comply.

The Court agrees with the Magistrate that this disobedience of Court orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiffs have refused to comply with this Court's orders notwithstanding the Magistrate's warning that case-dispositive sanctions may be imposed.

Accordingly, IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered April 15, 2016, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Plaintiff's case is **DISMISSED** without prejudice.

DATED this   20th   day of June 2016

_____
Kent J. Dawson
United States District Judge

2